AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| JULIE D.,<br>*Plaintiff*<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:25-cv-492-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   This matter REVERSED and is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea

Date:   May 21st, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*